NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**In Re THE RIDGE WALLET LLC,**
*Petitioner*

_____

2025-115

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Colorado in No. 1:24-cv-02447-GPG-TPO.

_____

**ON PETITION**

_____

**O R D E R**

Upon consideration of the parties' stipulation of voluntary dismissal of this matter,

IT IS ORDERED THAT:

The petition is dismissed, and all pending motions are

2                                    IN RE THE RIDGE WALLET LLC

denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 7, 2025
Date